# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JUSTIN P. CRAIGHEAD

NO. 2024 KW 0683

**SEPTEMBER 9, 2024**

---

In Re:    Justin P. Craighead, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, Nos. 21-WLFN-957, & 21-WMSD-958.

---

**BEFORE:   WELCH, THERIOT, AND LANIER, JJ.**

**WRIT DENIED.**

                    JEW
                    MRT
                    WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
        FOR THE COURT